IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | * | |
| CLARKE COUNTY HEALTHCARE, L.L.C., | * | Case No. 11-03851 |
| | | Chapter 11 |
| | * | |
| Debtor. | | |
| | * | |

## DEBTOR'S STATEMENT OF SALARIES, COMPENSATION, AND FRINGE BENEFITS

Debtor Clarke County Healthcare, LLC states that since the date of filing its Chapter 11 petition on September 19, 2011, it has paid no salary, compensation, or fringe benefits to any of its principals or officers.

/s/ Lawrence B. Voit
Lawrence B. Voit

SILVER, VOIT & THOMPSON
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609-5589
Telephone: 251-343-0800
Fax: 251-343-0862
e-mail: lvoit@silvervoit.com
LS-8147-14031/mm

Attorney for Clarke County Heathcare, LLC

CERTIFICATE OF SERVICE

I certify that on the 17th day of October, 2011, a true and correct copy of the above and foregoing Debtor's Statement of Salaries, Compensation and Fringe Benefits was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court' system.

/s/ Lawrence B. Voit
Lawrence B. Voit