IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | * | |
| CLARKE COUNTY HEALTHCARE, L.L.C., | * | Case No. 11-03851<br>Chapter 11 |
| | * | |
| Debtor. | * | |

**DEBTOR'S APPLICATION TO APPROVE SALE OF PERSONAL PROPERTY**

1. This is the Debtor's application for the Court's approval of the sale of certain personal property of the Debtor. This Court has jurisdiction to hear this motion under 28 U.S.C. §1134(b). This is a core proceeding under 28 U.S.C. §157(b). The Court has the authority to grant the relief requested herein under 11 U.S.C. § 363(b)(1).

2. The Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code in this Court on September 19, 2011 and is a debtor-in-possession. The Debtor is engaged in the business of operating a private hospital; however, there have been no patients at the Debtor's hospital since August 15, 2011.

3. The Debtor owns certain equipment and supplies which it no longer needs in connection with its ongoing business activities. A description of the relevant pieces of equipment and supplies is attached as Exhibit "A".

4. The personal property referenced on Exhibit "A" is subject to a lien by the Internal Revenue Service and may be subject to liens by additional lien holders.

5. The Debtor has entered into an Asset Purchase Agreement with an unrelated third party, Lex Mahler, M.D., for the sale of the Debtor's personal property listed on Exhibit "A" and wishes to sell said personal property to Dr. Mahler.

6. The Debtor believes, in its business judgment, that the sale of the equipment and

supplies for the purchase price contemplated in the Asset Purchase Agreement is in the best interests of the Debtor and its Estate.

WHEREFORE, the Debtor prays that upon notice and a hearing, the Court will approve the Debtor's sale of the personal property described above; that no further approval should be necessary in order for the property to be sold to the buyer; that the sale of the personal property pursuant to the Asset Purchase Agreement will result in the buyer receiving the property free and clear of all liens and encumbrances with the liens of any lien holders attaching to the proceeds of the sale; that the Debtor will be authorized to execute and deliver all documents necessary to implement said sale, including but not limited to bills of sale; and for such other relief as is just.

/s/ Alexandra K. Garrett
Alexandra K. Garrett

SILVER, VOIT & THOMPSON
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609-5589
Telephone: 251-343-0800
Fax: 251-343-0862
e-mail: agarrett@silvervoit.com
LS-8147-14031/mm

Attorney for Clarke County Heathcare, LLC

CERTIFICATE OF SERVICE

I, Alexandra K. Garrett, certify that on the 27th day of October, 2011, a true and correct copy of the above and foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court=s system.

/s/ Alexandra K Garrett
Alexandra K. Garrett

# Asset Purchase Agreement

This Asset Purchase Agreement "Agreement" is hereby entered into on the 24th day of October, 2011 by and between Clarke County Healthcare a limited liability company located at 33700 Highway 43, Thomasville, Alabama "Seller" and Lex Mahler MD "Purchaser".

Seller agrees to sell and Purchaser agrees to buy certain supplies and equipment described on Schedule A of the Agreement upon the following terms and conditions:

a) No Representations or Warranties. Equipment and supplies will be sold in "as is" condition. Seller makes no representation or warranties whatsoever as to the condition or functionality of items purchased under the Agreement.
b) Purchase Price will be $1000.00 payable to Clarke County Healthcare, LLC and will be deposited into the Seller's Debtor in Possession bank account at Branch Banking and Trust.
c) The sale and transfer of assets outlined in this Agreement are subject to the approval of the US Bankruptcy Court for the Southern District of Alabama.

Clarke County Healthcare, LLC                         Lex Mahler, MD

_____                       _____

Anne Thompson, President                              Lex Mahler, MD

Date:                                                 Date:



# Schedule A

Urine Centrifuge

Tall Black Chair

Mayo Stands (2)

Scale

Metal Trash Kick Buckets (3)

Exam Table (1)

Plastic Tool Boxes (3)

Gloves (Open Boxes)

File Cabinet behind door in X-ray

File Folders

Rolling Stool

Metal Table (Surgery)

Old Portable Procedure Light

Cream Rolling Office Chairs (2)

Small White Refrigerator -Surgery

Cabinet with lock (besides ref.)

Suture Supplies (Open Boxes)

Sharps Containers (Open Case)

IV Supplies (close to expiration date)

Masks (Open Boxes)

Blood Pressure Cuffs (4)

Thermometers (2)

IV Pole (1)

Schedule A continued

Disposable Speculums – Open Box

Plaster Slint (2)

Needles (2 Open Boxes)

Hibiclens (open Box)

Saline – (Open case)

Emesis Basins (Open Box)

Small L-Shaped Desk

Wooden Book Shelf