IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | * | |
| CLARKE COUNTY HEALTHCARE, L.L.C., | * | Case No. 11-03851<br>Chapter 11 |
| | * | |
| Debtor. | * | **EXPEDITED HEARING REQUESTED** |
| | * | |

## DEBTOR'S APPLICATION TO APPROVE SALE OF REAL PROPERTY

1. This is the Debtor's application to approve sale of real property. This Court has jurisdiction under 28 U.S.C. § 1334(b). This is a core proceeding under 28 U.S.C. § 157(b).

2. The Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code in this Court on September 19, 2011. It is a debtor-in-possession.

3. The Debtor formerly operated a hospital facility in Thomasville, Alabama. The hospital closed on August 15, 2011. The existing patients were transferred to other healthcare facilities. Since the date of closure, there have been no patients in the Debtor's facility, and there are no ongoing hospital operations.

4. In addition to the main hospital facility, the Debtor also owns a medical office building ("Medical Office Building") situated on 1.377 acres, more or less, located at 33650 U.S. Highway 43, Thomasville, Alabama and more fully described on Exhibit "A" hereto.

5. The Debtor is currently not using the Medical Office Building.

6. The Debtor wishes to sell the Medical Office Building and has entered into a real estate contract for the sale of the same to Thomasville Physician Partners, LLC. A copy of the real estate contract is attached hereto as Exhibit "B".

7. Pursuant to the terms of the real estate contract with Thomasville Physician Partners, LLC, the Debtor will sell the Medical Office Building for $222,000.00. The proposed purchase

1

price represents the best and highest offer that the Debtor has received for this piece of property.

8. Section 363(b) of the Bankruptcy Code provides that the Debtor "after notice and hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b). A debtor must demonstrate sound business justification for a sale or use of assets outside of the ordinary course of business. *In re Gulf States Steel, Inc.*, 285 B.R. 479, 514 (Bankr. N.D. Ala. 2002).

9. The Debtor has sound business justifications for the sale of the Medical Office Building and believes that the sale is in the best interest of its estate.

10. Merchants Bank holds a first priority lien on the real property which the Debtor proposes to sell to Thomasville Physicians Partners, LLC. Merchants Bank's lien extends to other properties owned by the Debtor. The sale of the Medical Office Building will result in a $222,000.00 pay down of the debt owed to Merchants Bank, resulting in the availability of more funds to be distributed to the Debtor's other creditors in the event the Debtor's other assets are sold.

11. The Debtor requests the Court's approval to sell the Medical Office Building and the real property upon which it is located free and clear of any liens, claims, encumbrances in accordance with § 363(f) of the Bankruptcy Code.

WHEREFORE, the Debtor prays that upon notice and a hearing, the Court will approve the Debtor's sale of the real property described above in attachment "A" hereto, that no further approval should be necessary in order for the property to be sold to Thomasville Physician Partners, LLC, that the sale will result in the buyer receiving the property free and clear of all liens and encumbrances, that the Debtor will be authorized to execute and deliver all documents necessary to implement the sale, including a deed, and for such other relief as is just.

2

/s/ Lawrence B. Voit
Lawrence B. Voit


/s/ Alexandra K. Garrett
Alexandra K. Garrett

SILVER, VOIT & THOMPSON
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609-5589
Telephone: 251-343-0800
Fax: 251-343-0862
e-mail: lvoit@silvervoit.com
LS-8147-14031/mm

Attorneys for Clarke County Healthcare, LLC

## CERTIFICATE OF SERVICE

I certify that on the 16th day of November, 2011, a true and correct copy of the above and foregoing Application to Approve Sale of Real Property was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

/s/ Lawrence B. Voit
Lawrence B. Voit

3

Exhibit "A"

Beginning at a half inch iron pin in a three inch P.V.C. pipe on the South side of an entrance curb, on the East right of way of U. S. Highway Number 43, being 100 feet in width, being more particularly described as 918.22 feet South and 1523.75 feet West of the Northeast corner of Section 14, Township 11 North, Range 3 East, in the Town of Thomasville, all in Clarke County, Alabama; Thence N07^00'00"E, along the East right of way of said Highway 43, for 241.52 feet to a capped iron pin on the South side of the paved road leading to the Southwest Alabama Medical Center Emergency Room; Thence S82^58'56"E, leaving U. S. Highway 43, and along the South side of said paved road, for 95.64 feet to a capped iron pin; Thence S05^21'49"W, leaving said emergency room paved road, for 64.02 feet to a capped iron pin; Thence S26^47'41"E for 33.12 feet to a capped iron pin; Thence S85^32'28"E for 172.88 feet to a capped iron pin on the West edge of the paved road leading to the emergency room parking; Thence S02^51'14"E for 71.32 feet to a capped iron pin; Thence continue S02^51'14"E and leaving the West edge of the aforesaid asphalt road, for 78.82 feet to a capped iron pin on the South line of that property described in deed Book 1238, Pages 630 through 634, being N84^46'10"W 23.22 feet from a railroad spike in aforesaid paved road; Thence record will indicate N84^45'00"W for 337.60 feet, (actually N84^46'10"W for 337.74 feet) to the Point of Beginning; Said tract lying and being in the North half of the Northeast Quarter of Section 14, Township 11 North, Range 3 East, and being part of that property described in deed Book 1238, Pages 630 through 634, all in the Town of Thomasville, Clarke County, Alabama; Containing 1.23 acres more or less.

INCLUDED WITH THIS CONVEYANCE: access to this parcel on the North by the paved road leading to the S.W. Al. Medical Center, emergency room and on the East by the paved road leaving Mosley Drive and leading to the emergency room parking area.

**EXHIBIT A**

STATE OF ALABAMA, } 
 } REAL ESTATE CONTRACT
COUNTY OF CLARKE. }

THIS AGREEMENT made and entered into by and between **THOMASVILLE PHYSICIAN PARTNERS, L. L. C.**, an Alabama limited liability company, hereinafter called the "Purchaser," and **CLARKE COUNTY HEALTHCARE, L. L. C.**, a Georgia limited liability company, hereinafter called the "Seller."

### WITNESSETH:

The Purchaser agrees to buy and the Seller agrees to sell and convey, on the terms hereinafter provided, the following described property, to-wit:

> The Medical Office Building on 1.377 acres, more or less
> located at 33650 U. S. Highway 43, Thomasville, Alabama
> as described on attached Exhibit A.

The purchase price shall be $~~275,000.00~~ 222,000, payable as follows: ~~$5,000.00 in cash as earnest money paid upon the execution of this agreement, and $270,000.00 upon the consummation of the proposed sale as hereinafter provided.~~

The Purchaser shall have thirty (30) days from the execution hereof to examine the title to the property. If the Seller's title is not found to be merchantable, the earnest money shall be refunded to the Purchaser and this contract shall terminate. If the Seller's title is merchantable and the Purchaser fails or refuses to consummate the sale within the period allowed, the earnest money shall be retained by the Seller as liquidated damages for the breach of this contract, or the Seller may enforce specific performance of this agreement.

The parties acknowledge that the property is subject to Three (3) Federal Tax Liens and One (1) State Tax Lien. This sale is contingent upon the Seller being able to ~~obtain, in writing,~~ an acceptable release from the Internal Revenue Service and the State of Alabama Department of Revenue releasing subject property from all of said liens and allowing the Purchaser to convey the property, by Warranty Deed, free of any and all encumbrances. In the event that the Seller does not obtain, in writing, acceptable releases for such liens, or for any mortgages on the property then the Purchaser may terminate this contract and the earnest money shall be returned to the Purchaser. and subject to the approval of US Bankruptcy Court for the Southern District of Alabama

All closing costs, including, but not being limited to, title work, deed preparation, and recording fees shall be split equally between the parties. Property taxes will be prorated as of the day of closing.

Seller agrees that upon execution hereof, Seller and its agents, if any, shall cease negotiation with any other existing or prospective buyers of the property.

**EXHIBIT B**

Purchaser agrees that property will not be used to provide diagnostic or surgical services that are currently performed by Clarke County Healthcare, L. L. C. or any of its affiliates.

Closing is to take place within 30 days of execution hereof, unless extended in writing, by both parties.

Witness our hands and seals this 22nd day of September, 2010.

THOMASVILLE PHYSICIAN PARTNERS L. L. C.

BY: _____
JAY DARJI, M. D., Its Manager


CLARKE COUNTY HEALTHCARE L.L.C.

BY: _____
Its Manager

STATE OF ALABAMA, )
COUNTY OF Clarke )

I, Servin B Reed, a Notary Public, in and for said State at Large, hereby certify that JAY DARJI, M.D., whose name as Manager of **THOMASVILLE PHYSICIAN PARTNERS, L. L. C.**, a corporation, is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that, being informed of the contents of the said conveyance, he as such officer and with full authority, executed the same voluntarily for and as the act of said corporation.

Given under my hand and official seal this 22 day of September 2010.

Servin B Reed
NOTARY PUBLIC
STATE OF ALABAMA AT LARGE
My Commission Expires: 10-31-11


STATE OF ALABAMA, )
COUNTY OF Clarke )

I, Servin B Reed, a Notary Public, in and for said State at Large, hereby certify that Anne Thompson, whose name as Manager of **CLARKE COUNTY HEALTHCARE, L. L. C.**, a corporation, is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that, being informed of the contents of the said conveyance, she as such officer and with full authority, executed the same voluntarily for and as the act of said corporation.

Given under my hand and official seal this 22 day of September 2010.

Servin B Reed
NOTARY PUBLIC
STATE OF ALABAMA AT LARGE
My Commission Expires: 10-31-11

Exhibit "A"

Beginning at a half inch iron pin in a three inch P.V.C. pipe on the South side of an entrance curb, on the East right of way of U. S. Highway Number 43, being 100 feet in width, being more particularly described as 918.22 feet South and 1523.75 feet West of the Northeast corner of Section 14, Township 11 North, Range 3 East, in the Town of Thomasville, all in Clarke County, Alabama; Thence N07^00'00"E, along the East right of way of said Highway 43, for 241.52 feet to a capped iron pin on the South side of the paved road leading to the Southwest Alabama Medical Center Emergency Room; Thence S82^58'56"E, leaving U. S. Highway 43, and along the South side of said paved road, for 95.64 feet to a capped iron pin; Thence S05^21'49"W, leaving said emergency room paved road, for 64.02 feet to a capped iron pin; Thence S26^47'41"E for 33.12 feet to a capped iron pin; Thence S85^32'28"E for 172.88 feet to a capped iron pin on the West edge of the paved road leading to the emergency room parking; Thence S02^51'14"E for 71.32 feet to a capped iron pin; Thence continue S02^51'14"E and leaving the West edge of the aforesaid asphalt road, for 78.82 feet to a capped iron pin on the South line of that property described in deed Book 1238, Pages 630 through 634, being N84^46'10"W 23.22 feet from a railroad spike in aforesaid paved road; Thence record will indicate N84^45'00"W for 337.60 feet, (actually N84^46'10"W for 337.74 feet) to the Point of Beginning; Said tract lying and being in the North half of the Northeast Quarter of Section 14, Township 11 North, Range 3 East, and being part of that property described in deed Book 1238, Pages 630 through 634, all in the Town of Thomasville, Clarke County, Alabama; Containing 1.23 acres more or less.

INCLUDED WITH THIS CONVEYANCE: access to this parcel on the North by the paved road leading to the S.W. Al. Medical Center, emergency room and on the East by the paved road leaving Mosley Drive and leading to the emergency room parking area.