IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re: *

CLARKE COUNTY HEALTHCARE, * Case No. 11-03851
L.L.C., Chapter 11
*
Debtor.
*

# ORDER GRANTING DEBTOR'S APPLICATION TO APPROVE
# SALE OF PERSONAL PROPERTY

The Debtor's Application to Approve Sale of Personal Property (Doc. 49) came on for hearing on proper notice. Appearances were as noted in the record. There were no objections. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (N) and (O). The statutory precedent for the relief requested in the Debtor's motion is 11 U.S.C. § 363. The Court has reviewed the motion and finds and concludes that it is due to be granted. Therefore, it is

ORDERED that the Debtor's Application to Approve Sale of Personal Property is GRANTED. The Debtor is hereby authorized to sell to Lex Mahler, M.D. the personal property identified on the document attached as Exhibit "A" to said motion free and clear of all liens and encumbrances and in accordance with the terms of the parties' purchase agreement. Any valid pre-petition liens and encumbrances on the personal property being sold shall attach to the proceeds of the sale. The Debtor is authorized to execute and deliver all documents necessary and reasonable for the implementation of the sale, including, but not limited to, bills of sale. The stay imposed by Bankruptcy Rule 6004(g) is waived.

Dated: December 21, 2011

*/s/ William S. Shulman*
WILLIAM S. SHULMAN
U.S. BANKRUPTCY JUDGE