IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In re:     *

CLARKE COUNTY HEALTHCARE,     *     Case No. 11-03851
L.L.C.,                                                   Chapter 11
                                                       *
       Debtor.
                                                        *

**DEBTOR'S APPLICATION TO APPROVE SALE OF PERSONAL PROPERTY**

1. This is the Debtor's application for the Court's approval of the sale of certain personal property of the Debtor. This Court has jurisdiction to hear this motion under 28 U.S.C. §1134(b). This is a core proceeding under 28 U.S.C. §157(b). The Court has the authority to grant the relief requested herein under 11 U.S.C. § 363(b)(1).

2. The Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code in this Court on September 19, 2011 and is a debtor-in-possession. The Debtor was engaged in the business of operating a private hospital; however, there have been no patients at the Debtor's hospital since August 15, 2011.

3. The Debtor has entered into an Asset Purchase Agreement with an unrelated third party, Physicians Care of Thomasville, LLC, and its principal Huey R. Kidd, D.O., for the sale of certain personal property for $7,000 cash. A copy of the Asset Purchase Agreement is attached as Exhibit "A".

4. The Debtor no longer needs this equipment in connection with its ongoing business activities.

5. The personal property referenced on Exhibit "A" is subject to a federal tax lien and may be subject to liens claimed by additional lienholders.

6. The Debtor believes, in its business judgment, that the sale of the equipment and

supplies for the purchase price stated in the Asset Purchase Agreement is in the best interests of the Debtor and its Estate.

WHEREFORE, the Debtor prays that upon notice and a hearing, the Court will approve the Debtor's sale of the personal property described above; that the sale of the personal property pursuant to the Asset Purchase Agreement will result in the buyer receiving the property free and clear of all liens and encumbrances with the liens of any lienholders attaching to the proceeds of the sale; that the Debtor will be authorized to execute and deliver all documents necessary to implement said sale, including but not limited to bills of sale; that all stays if the enforceability of the order approving the sale will be waived; and for such other relief as is just.

/s/ Lawrence B. Voit
Lawrence B. Voit

SILVER, VOIT & THOMPSON
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609-5589
Telephone: 251-343-0800
Fax: 251-343-0862
e-mail: agarrett@silvervoit.com
LS-8147-14031/mm

Attorney for Debtor Clarke County Heathcare, LLC

CERTIFICATE OF SERVICE

I, Lawrence B. Voit, certify that on the 16th day of April, 2013, a true and correct copy of the above and foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

/s/ Lawrence B. Voit
Lawrence B. Voit

2

## Asset Purchase Agreement

This Asset Purchase Agreement "Agreement" is hereby entered into on the 11th day of April, 2013 by and between Clarke County Healthcare, LLC a limited liability company located at 33700 Highway 43, Thomasville, Alabama "Seller" and Physicians Care of Thomasville, LLC located at 33621 Highway 43, Thomasville, Alabama "Purchaser".

Seller agrees to sell and Purchaser agrees to buy certain supplies and equipment described on Schedule A of the Agreement upon the following terms and conditions:

a) No Representations or Warranties. Equipment and supplies will be sold in "as is" condition. Seller makes no representation or warranties whatsoever as to the condition or functionality of items purchased under the Agreement.
b) Purchase Price will be $7000 (Seven Thousand Dollars) payable to Clarke County Healthcare, LLC and will be deposited into the Seller's Debtor in Possession bank account at Branch Banking and Trust.
c) The sale and transfer of assets outlined in this Agreement are subject to the approval of the US Bankruptcy Court for the Southern District of Alabama.

Clarke County Healthcare, LLC                          Huey R. Kidd, D.O.

*[signature: Anne Thompson]*                           *[signature: Huey Kidd]*

Anne Thompson

Its: President                                         Its:   Owner

Date: 4/12/2013                                        Date: 4/12/2013

EXHIBIT A

# Schedule A

2 Procedure Stretchers

4 Stretcher Beds

1  3 panel view box

1  2 panel view box

2 hot lamps

1 high back rolling stool

Box of blood pressure cuffs


Total    $7,000