IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | * | |
| CLARKE COUNTY HEALTHCARE, L.L.C., | * | Case No. 11-03851 Chapter 11 |
| | * | |
| Debtor. | | |
| | * | |

## AMENDMENT TO APPLICATION OF LOREE J. SKELTON, LLC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Loree J. Skelton, LLC ("Applicant"), Special Counsel for the Debtor, amends its application for compensation and reimbursement of expenses filed January 31, 2014 (doc. 473) by adding the following additional paragraph:

12. Applicant's services were directly and integrally involved in the negotiation of the Asset Purchase Agreement between the Debtor and City of Thomasville Healthcare Authority, et al. The Asset Purchase Agreement contains complex provisions involving the Debtor's Certificate of Need, and the Debtor's position with respect to the City's application for an emergency certificate of need. These matters were extensively negotiated and resolved in the Asset Purchase Agreement. Accordingly, the fees requested by Applicant are Sale Related Attorneys' Fees as defined in the Debtor's Motion to Approve Sale of Substantially All of the Debtor's Assets Free and Clear of Liens and Encumbrances pursuant to Bankruptcy Code § 363 (doc. 445). The Sale Related Attorneys' Fees are to be paid at closing out of the proceeds of sale of the Debtor's assets to the City of Thomasville and its affiliates when such Sale Related Attorneys' Fees are approved by the Court. Accordingly, Applicant requests that the fees sought in its application be designated as Sale Related Attorneys' Fees as described above.

1

/s/ Loree J. Skelton
Loree J. Skelton
LOREE J. SKELTON, LLC

P.O. Box 26214
Birmingham, Alabama 36260.
Telephone: 205-823-5459
e-mail: loreeskelton@bellsouth.net

Special Counsel for Clarke County
Healthcare, LLC


/s/ Lawrence B. Voit
Lawrence B. Voit

SILVER, VOIT & THOMPSON
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609-5589
Telephone: 251-343-0800
Fax: 251-343-0862
e-mail: lvoit @silvervoit.com
LS-8147-14031/mm

Attorney for Clarke County Healthcare,
LLC

## CERTIFICATE OF SERVICE

I, Lawrence B. Voit, do certify that on the 13th day of February, 2014, a true and correct copy of the above and foregoing pleading was filed electronically on all parties who have filed appearances in this action by use of the Court's CM/ECF electronic filing system.


/s/ Lawrence B. Voit
Lawrence B. Voit

2